UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                                          **ORDER**

JEFFREY PESTONE,                                                  96-CR-01166

                        Defendant.
---------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      This matter was reassigned to this Court on March 10, 2023 pursuant to Rule 17, Local Rules for the Division of Business. (Doc. 32).

      Mr. Pestone, on March 10, 2023, filed a proposed Order to Show Cause for Preliminary Injunction and Restraining Order (Doc. 33) as well as an application to proceed *in forma pauperis* (Doc. 34), wherein he appears to challenge the restitution and garnishment orders previously entered in this matter.

      The Government is directed to respond to Mr. Pestone's March 10, 2023 filings via ECF by **March 27, 2023.**

      The Clerk of Court is respectfully requested to mail a copy of this Order to: Jeffrey Pestone, 980 Broadway, Suite 608, Thornwood, N.Y. 10594.

                                                                  **SO ORDERED.**

Dated: White Plains, New York
         March 13, 2023

                                                                  _____
                                                                  Philip M. Halpern
                                                                  United States District Judge