UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

v.                                                                             **ORDER**

JEFFREY PESTONE,                                               96-CR-01166

                        Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

On March 13, 2023, the Court issued an Order directing the Government to respond to Mr. Pestone's March 10, 2023 filings by March 27, 2023. (Doc. 35). Upon review of the ECF docket, it appears that notice of the March 13, 2023 Order may not have been transmitted to the Government.

Accordingly, the time for the Government to file its response is extended, *sua sponte*, to **April 21, 2023.**

The Clerk of Court is respectfully requested to: (1) mail copies of this Order and the Court's March 13, 2023 Order to the United States Attorney's Office; and (2) mail a copy of this Order to Jeffrey Pestone, 980 Broadway, Suite 608, Thornwood, N.Y. 10594.

                                      **SO ORDERED.**

Dated: White Plains, New York
         March 28, 2023

                                      _____
                                      Philip M. Halpern
                                      United States District Judge